# CERTIFICATE OF SERVICE

Adv. Case No.    18-4015

I, Sandra D. Freeburger , certify that the service of this summons, including the Scheduling Order and a copy of the complaint, was made June 7, 2018 _____ by:

☐    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
☐    Greg B. Brack, CEO and President, 2035 Limestone Road, Wilmington, Delaware 19808
☐    Robert K. Hogan Esq., Javitch Block LLC, 1100 Superior Avenue 19th Floor, Cleveland, Ohio 44115-2518

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
(name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  6/7/18                        *Signature* Sandra Freeburger

| Print Name: Sandra D. Freeburger |
| Business Address: P. O. Box 21 |
| City: Henderson    State: Kentucky    Zip: 42419 |